# IN RE: SUPREME COURT COMMITTEE on PROFESSIONAL CONDUCT

Supreme Court of Arkansas
Delivered January 14, 2002

PER CURIAM. The amended Procedures Regulating Professional Conduct of Attorneys at Law ("Procedures")

became effective January 1, 2002. *See In Re Amendments to the Procedures Regulating Professional Conduct of Attorneys at Law* (July 9, 2001). At that time the Committee on Professional Conduct was expanded from seven to fourteen voting members, in two hearing panels (Panel A and Panel B), and a new group of seven "reserve" members (Panel C) was added. Member terms are reduced from seven to six years under the amended Procedures, and necessary adjustments have been made here. The following appointments are made, commencing January 1, 2002, to the expanded Committee, with the terms indicated for each.

COMMITTEE PANEL A:

| *Member:* | *Position:* | *Term expires:* |
| --- | --- | --- |
| Dr. Patricia Youngdahl<br>Little Rock | Non-Attorney At Large | 12-31-2002 |
| Richard A. Reid<br>Blytheville | Attorney — 1st CD | 12-31-2003 |
| Ken R. Reeves<br>Harrison | Attorney — 3rd CD | 12-31-2004 |
| Bart F. Virden<br>Morrilton | Attorney — 2nd CD | 12-31-2005 |
| Win A. Trafford<br>Pine Bluff | Attorney — 4th CD | 12-31-2006 |
| Gwendolyn D. Hodge<br>Little Rock | Attorney — At Large | 12-31-2007 |
| Helen Herr<br>Little Rock | Non-Attorney At Large | 12-31-2007 |

COMMITTEE PANEL B:

| | | |
|---|---|---|
| John L. Rush<br>Pine Bluff | Attorney — 4th CD | 12-31-2002 |
| J. Michael Cogbill<br>Fort Smith | Attorney — 3rd CD | 12-31-2003 |
| Rita M. Harvey<br>Little Rock | Non-Attorney At Large | 12-31-2004 |
| Richard F. Hatfield<br>Little Rock | Attorney — 2nd CD | 12-31-2005 |
| Vacancy (to be filled) | Attorney At Large | 12-31-2006 |
| Harry Truman Moore<br>Paragould | Attorney — 1st CD | 12-31-2007 |
| Dr. Rose Marie Word<br>Pine Bluff | Non-Attorney At Large | 12-31-2007 |

COMMITTEE RESERVE — PANEL C:

| | | |
|---|---|---|
| Searcy W. Harrell, Jr.<br>Camden | Attorney — 4th CD | 12-31-2002 |
| Sylvia Orton<br>Little Rock | Non-Attorney At Large | 12-31-2003 |
| Robert D. Trammell<br>Little Rock | Attorney — 2nd CD | 12-31-2004 |
| David Newbern<br>Little Rock | Attorney At Large | 12-31-2005 |
| Kenneth R. Mourton<br>Fayetteville | Attorney — 3rd CD | 12-31-2006 |
| Beverly Morrow<br>Pine Bluff | Non-Attorney At Large | 12-31-2007 |
| Phillip D. Hout<br>Newport | Attorney — 1st CD | 12-31-2007 |

For their willingness to serve in this most important Court activity, the Court expresses its appreciation to the present members of the Committee on Professional Conduct and the Alternate Committee on Professional Conduct, and to the new members of the Reserve Panel of the Committee.

The Court expresses its appreciation to Jacqueline Johnston–Cravens for her service on the former Alternate Committee until her resignation in November 2001.